64 So.2d 103

### NOLIN v. STATE.
### 6 Div. 553.

Supreme Court of Alabama.
March 26, 1953.

**Liens** ⬲14

To sustain conviction for removing personal property covered by lien it was necessary to show that indebtedness secured by the lien was unpaid. Code 1940, Tit. 14, §§ 362, 363.

Si Garrett, Atty. Gen., and Gordon Madison, Asst. Atty. Gen., for the petition.

Johnson & Randall, Oneonta, opposed.

STAKELY, Justice.

Petitioner insists that Wiley v. State, 16 Ala.App. 93, 75 So. 641, cited by the Court of Appeals in support of its position, is an authority dealing with § 362, Title 14, Code of 1940, and not § 363, Title 14, Code of 1940. However that may be, the authorities appear to hold that in order to make out a case under § 363, among other things, it is necessary to show that the indebtedness secured by the lien was unpaid. McWhorter v. State, 16 Ala.App. 168, 76 So. 325; Cox v. State, 25 Ala.App. 38, 140 So. 617.

Writ denied.

LAWSON, GOODWYN and MERRILL, JJ., concur.